JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 13-1070 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| DANIEL BARRON, AKA DANIEL BARRON JR., | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Daniel Barron, aka Daniel Barron Jr., in the principal amount of $2,690.14 plus interest accrued to February 7, 2013, in the sum of $8,385.09; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of $11,075.23.

DATED: March 14, 2013      By: Terry Nafisi



t